Date: 08/31/09

Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2012 Dated 08/31/09

Case Number 08-32285 - NIEDBALSKI, TODD KENNETH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CREDIT BUREAU OF MARSHALL INC<br>PO BOX 99<br>302 W REDWOOD<br>MARSHALL MN 56258-0099 | 000001 | 139.95 | 1.96 |
| T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410<br>0613 | 000004 | 296.21 | 4.14 |
| ---------- Remittance Total ---------- | | 436.16 | 6.10 |

MICHAEL J. IANNACONE, Trustee

#1269

RECEIVED 09 SEP -2 AM 9:27 U.S. BANKRUPTCY COURT ST PAUL MN

COURT1

Printed: 08/31/09 11:48 AM   Ver: 15.00